# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Hanover Insurance Company | ) | ASBCA No. 61481 |
| | ) | |
| Under Contract No. W912QR-09-D-0045 | ) | |

APPEARANCES FOR THE APPELLANT:     Eric J. Hughes, Esq.
                 Rory M. Farrell, Esq.
                 Kyle H. Cassidy, Esq.
                  McElroy, Deutsch, Mulvaney &
                   Carpenter, LLP
                 Morristown, NJ

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                  Engineer Chief Trial Attorney
                 Deena G. Braunstein, Esq.
                  Engineer Trial Attorney
                  U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The appeal has been settled. The appeal is dismissed with prejudice.

Dated: October 4, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61481, Appeal of Hanover Insurance Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals